**NABORS OFFSHORE CORPORATION,**
Plaintiff,

**Certain Underwriters at Lloyds of London, and Certain Insurance Companies Subscribing to Policy Numbers JHB–CJP–1278B and JHB2M000109,**
Intervenor–Plaintiff,

v.

**TRI–UNION DEVELOPMENT CORPORATION, Third–Party–Plaintiff,**

v.

**Oteco, Incorporated, Third–Party–Defendant,**

**Arnold Benoit; et al, Plaintiffs,**

**Arnold Benoit, Plaintiff–Appellant,**

v.

**Oteco, Inc., Intervenor Defendant–Appellee.**

No. 04–30816.

United States Court of Appeals,
Fifth Circuit.

Decided June 16, 2005.

Joseph Frazer Gaar, Jr., Jason Matthew Welborn, Law Offices of Joseph F. Gaar Jr., Lafayette, LA, for Plaintiff–Appellant.

Arthur W. Landry, Plauche, Maselli, Landry & Parkerson, New Orleans, LA, Christopher Tramonte, Tramonte & Associates, Houston, TX, for Intervenor Defendant–Appellee.

Before JOLLY, HIGGINBOTHAM, and JONES, Circuit Judges.

HIGGINBOTHAM, Circuit Judge: *

We are persuaded that the verdict of the jury is supported by the evidence and AFFIRM the district court.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.